1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant Adams
6

7

8              IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. 4-06-70380 WDB
                                     )
12              Plaintiff,           )   **STIPULATION AND ORDER**
                                     )   **CONTINUING STATUS APPEARANCE**
13  vs.                              )
                                     )   Current Date:  August 30, 2006
14  STANLEY ADAMS,                   )   Requested Date: September 14, 2006
                                     )
15              Defendant.           )
    _____)
16

17        Stanley Adams is charged in the Western District of Michigan with a violation of 18

18  U.S.C. § 228(a)(1), a class B misdemeanor, for wilful failure to pay child support.  Mr. Adams

19  and the United States Attorneys' Offices in the Western District of Michigan and the Northern

20  District of California have agreed that Mr. Adams will plead guilty in the Northern District of

21  California pursuant to Federal Rule of Criminal Procedure 20.  However, the plea agreement has

22  not been finalized.  In addition, although Mr. Adams contacted his case manager in Michigan on

23  July 5 about modifying the on-going support order, he has been informed that there will be a

24  delay in his request because Michigan needs to assume jurisdiction from Oregon to modify the

25  order.  Finally, Mr. Adams and counsel have contacted the California case manager to explore

26  modification of the arrears, but the California case manager has not yet returned the calls.   For

1   all of these reasons, the parties jointly request that the status appearance be moved to Thursday,

2   September 14 at 10:00 a.m.

3          To the extent that Mr. Adams has a right to be charged by Information or Indictment

4   within 20 days under Federal Rule of Criminal Procedure 5.1, Mr. Adams consents to waive that

5   right, and requests that the Court extend the time for him to be charged by Information or

6   Indictment.  Such a continuance would be for good cause for the reasons described above.  In

7   addition, Mr. Adams and the government stipulate that time should be excluded under the

8   Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), because additional time is needed for

9   effective preparation of counsel, taking into account the exercise of due diligence, due to the

10  delays in communicating with the child support enforcement divisions of Michigan and

11  California and the necessity of preparing a plea agreement acceptable to both districts.

12  SO STIPULATED.

13                                                        /S/

14                                          _____
    Date: August 22, 2006                  Rebecca Sullivan Silbert
15                                          Assistant Federal Public Defender

16                                                        /S/

17                                          _____
    Date: August 23, 2006                  Michelle Morgan-Kelly
18                                          Assistant United States Attorney

19  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

20  "conformed" signature (/S/) within this efiled document.

21          Based on the reasons provided in the stipulation of the parties above, the Court hereby

22  FINDS that the ends of justice served by the continuance requested herein outweigh the best

23  interest of the public and the defendant in a speedy trial because the failure to grant the

24  continuance would deny the counsel for the defendant the reasonable time necessary for effective

25  preparation, taking into account the exercise of due diligence.    The Court makes this finding

26  because the defendant needs additional time to communicate with the child support divisions in

1  California and Michigan, and because the parties need additional time to draft a plea agreement

2  acceptable to both jurisdictions.

3          Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter

4  is continued to September 14, 2006 at 10:00 a.m., and that time is excluded from August 30,

5  2006 to September 14, 2006 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).  It is further

6  ordered that good cause exists to continue the time for indictment or information.

7          IT IS SO ORDERED.

8

9  Date:   August 23, 2006

10

11

12                                                     _____

13                                                     Honorable Wayne D. Brazil
                                                       Magistrate Judge, United States District Court
14                                                     Northern District of California

15

16

17

18

19

20

21

22

23

24

25

26