```
1   BARRY J. PORTMAN
    Federal Public Defender
2   REBECCA SULLIVAN SILBERT
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone: (510) 637-3500
5
    Counsel for Defendant Adams
6
```

FILED
DEC 7 - 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-70380 WDB (4-) (WDB) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER ALLOWING OUT OF DISTRICT TRAVEL |
| vs. | |
| STANLEY ADAMS, | |
| Defendant. | |

This Court released Stanley Adams on bond and, as a condition of the bond, restricted Mr. Adams' travel to the Northern District of California. Mr. Adams has a new job and his employer has requested that he travel to New York from Sunday, December 10, 2006 through Wednesday, December 13, 2006. Mr. Adams is in compliance with his pretrial conditions and his pretrial services officer has no objection to the proposed travel.

Therefore, the parties stipulate and agree that Mr. Adams' bond may be modified to allow travel to New York between December 10 and December 13, provided the Pretrial Services is provided notice in advance of travel and approves the leave. Pretrial Services shall also have

//
//

cc: WDB's Stats, Copy to parties via ECF
Pretrial, Financial

Stip. allowing travel to NY                                    1

discretion to approve modification of the itinerary up to 24 hours in either direction, if needed.

SO STIPULATED.

/S/

Date: 12/5/06
Rebecca Sullivan Silbert
Assistant Federal Public Defender

/S/

Date: 12/5/06
Michelle Morgan-Kelly
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Based on the stipulation of the parties, and for good cause shown, Mr. Adams' bond is modified to allow travel to New York between December 10 and December 13, and also to allow changes to his itinerary of up to 24 hours in either direction if necessary, provided that Mr. Adams notifies Pretrial Services of his travel plans prior to going, and provided that Pretrial Services approves.

12-7-06
Date

Honorable Wayne D. Brazil
Magistrate Judge, United States District Court
Northern District of California

Stip. allowing travel to NY                                    2